IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

MERYL STANLEY MCDONALD,

    Plaintiff,

v.                                                            4:06cv322-WS

STATE OF FLORIDA, and the
SUPREME COURT OF FLORIDA,

    Defendants.
_____

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

      Before the court is the Magistrate Judge's report and recommendation (doc. 14) docketed November 7, 2006.  The Magistrate Judge recommends that this case be dismissed for failure to state a claim upon which relief may be granted.  Plaintiff has filed objections (doc. 15) to the report and recommendation.

      The court having considered the record in light of Plaintiff's objections, it is ORDERED:

      1.  The Magistrate Judge's report and recommendation (doc. 14) is ADOPTED and incorporated by reference into this order.

      2.  Plaintiff's complaint, and this action, are DISMISSED as barred by the Younger abstention doctrine and for failure to state a claim upon which relief may be granted.

3.  The Clerk shall enter judgment accordingly and shall note on the docket that this cause has been dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DONE AND ORDERED this   12th   day of   December  , 2006.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE